Case 5:20-cv-00142   Document 10   Filed on 01/28/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSH LIMAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 5:20-CV-142 |
| | § | |
| B. C. RESTAURANTS, LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On January 28, 2021, Plaintiff Josh Limas and Defendant B.C. Restaurants, LTD., filed a "Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)(1)" (Dkt. 9). The stipulation (Dkt. 9), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (*Id.* at 1–2.) Accordingly, the case is hereby DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 28th day of January, 2021.

_____
Diana Saldaña
United States District Judge